■ Rocco Giannattasio, Appellant, v Han Suk Kang et al., Defendants, and New York City Off-Track Betting Corp., Respondent. [922 NYS2d 789]—In an action to recover damages for personal injuries, the plaintiff appeals from a judgment of the Supreme Court, Kings County (Vaughan, J.), dated June 17, 2009 which, upon a jury verdict, is against him and in favor of the defendant New York City Off-Track Betting Corp. dismissing the complaint insofar as asserted against it.

Ordered that the judgment is affirmed, with costs.

Contrary to the plaintiff's contentions, he was not deprived of

a fair trial due to the trial court's evidentiary rulings, demeanor, and rejection of proposed jury instructions (*see generally DeCrescenzo v Gonzalez*, 46 AD3d 607, 608-609 [2007]; *Gallo v Supermarkets Gen. Corp.*, 112 AD2d 345, 348 [1985]). The plaintiff's contention that the trial court erred in declining to poll the jury is without merit, as the plaintiff's counsel made the request after the jury exited the courtroom (*see generally Duffy v Vogel*, 12 NY3d 169, 175 [2009]).

The plaintiff's remaining contentions are without merit. Mastro, J.P., Florio, Belen and Chambers, JJ., concur.